UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLAUDE A. REESE, | |
| Plaintiff(s), | NO. C08-1008MJP |
| v. | MINUTE ORDER |
| ROBERT A. MALONE, et al., | |
| Defendant(s). | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The Court has received and reviewed the parties' Stipulation and [Proposed] Protective Order (Dkt. No. 100). The Court DECLINES to sign the proposed order on the following grounds:

The parties' description of what constitutes a "Confidential" document is insufficiently particular. The Court requires that the grounds for confidentiality of documents be stated with greater particularity.

Filed this 18th day of September, 2008.

BRUCE RIFKIN, Clerk

By    /s Mary Duett
        Deputy Clerk

MINUTE ORDER