UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REESE, et al.,

        Plaintiff(s),

v.

MALONE, et al.,

        Defendant(s).

NO. C08-1008MJP

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The above-entitled Court, having received and reviewed Defendants' Motion for Permission to File Overlength Motion for Reconsideration or, in the Alternative, to Certify Order of February 27, 2009 for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(B) (Dkt. No. 124), and all attached exhibits and declarations, makes the following ruling:

IT IS ORDERED that the motion is DENIED.

Filed this 2nd day of April, 2009.

                              BRUCE RIFKIN, Clerk

                              By    /s Mary Duett
                                     Deputy Clerk

MINUTE ORDER