THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLAUDE A. REESE, Individually and on Behalf of All Others Similarly Situated,<br><br>                       Plaintiff,<br><br>v.<br><br>JOHN BROWNE and ROBERT MALONE,<br><br>                       Defendants. | Case No. C08-1008 MJP<br><br>**STIPULATION AND ORDER REGARDING SEALED AMENDED COMPLAINT**<br><br>Note on Motion Calendar: July 10, 2009 |

**STIPULATION**

WHEREAS, on April 3, 2009, the parties filed a proposed Stipulation and Order in which Defendants consented to the filing of Lead Plaintiffs' Amended Complaint;

WHEREAS, a copy of the proposed Amended Complaint was attached to the proposed Stipulation indicating that it was to be filed under seal, and the Stipulation itself (with exhibits) was filed under seal;

WHEREAS, on April 8, the Court entered the parties' proposed Stipulation and Order, granting leave for Lead Plaintiffs to amend;

WHEREAS, since that time, the Amended Complaint has remained under seal;

WHEREAS, on June 5, 2009, Lead Plaintiffs sent Defendants a letter stating that Defendants "have not complied with the Protective Order," which "required [them] to file a motion within seven judicial days after Plaintiffs' filing of the Amended Complaint on April 3, 2009 for an order allowing the Amended Complaint to remain under seal";

1  WHEREAS, on June 22, 2009, Defendants filed a Motion to Perpetuate Seal "[i]n order to address Lead Plaintiffs' contention and resolve any doubt as to the status of the Amended Complaint under seal";

WHEREAS, in support of that motion, Defendants filed the Declaration of Brad McKim under seal pursuant to CR 5(g)(3), which permits filing of sealed declarations in support of a motion to seal;

WHEREAS, on July 6, 2009, Lead Plaintiffs filed an Opposition to Defendants' Motion to Perpetuate Seal;

WHEREAS, Lead Plaintiffs filed their Opposition and supporting Declaration of Javier Blechmar under seal;

IT IS HEREBY STIPULATED AND AGREED THAT:

(1) Defendants withdraw their June 22 Motion to Perpetuate Seal; (2) The parties agree to unseal the Amended Complaint; (3) The parties agree that unsealing the Amended Complaint is not a waiver of rights with respect to unquoted material in those documents from which Lead Plaintiffs quote or otherwise reference in the Amended Complaint; (4) The Parties agree that Lead Plaintiffs' Opposition may be unsealed, but that the Declarations of Brad McKim and Javier Bleichmar should remain sealed under CR 5(g)(3), also without a waiver of rights; and (5) The Parties agree that in the event that the Court declines to permit the McKim and Bleichmar declarations to remain under seal, the parties will withdraw those documents pursuant to CR 5(g)(5).

Dated this 10th day of July, 2009

GRAHAM & DUNN PC

By /s/ David C. Lundsgaard
David C. Lundsgaard, WSBA #25448
2801 Alaskan Way, Suite 300
Seattle, Washington 98121
Tel: (206) 624-8300
Fax: (206) 340-9599
E-mail: dlundsgaard@grahamdunn.com

SULLIVAN & CROMWELL LLP
John L. Warden
Richard C. Pepperman, II
Diane L. McGimsey
Elizabeth K. Ehrlich
(Admitted *Pro Hac Vice*)
125 Broad Street
New York, New York 10004
Tel: (212) 558-4000
Fax: (212) 558-3588
E-mail: wardenj@sullcrom.com
   pepperrc@sullcrom.com
   mcgimseyd@sullcrom.com
   ehrliche@sullcrom.com

***Attorneys for Defendants***

KIPLING LAW GROUP PLLC

By /s/ Robert D. Stewart
Robert D. Stewart, WSBA #8998
Timothy M. Moran, WSBA #24925
3601 Fremont Avenue N., Suite 414
Seattle, Washington 98103
Tel: (206) 545-0345
Fax: (206) 545-0350
E-mail: stewart@kiplinglawgroup.com
   moran@kiplinglawgroup.com

LABATON SUCHAROW LLP
Thomas A. Dubbs
Javier Bleichmar
(Admitted *Pro Hac Vice*)
140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
E-mail: tdubbs@labaton.com
   jbleichmar@labaton.com

***Attorneys for Lead Plaintiffs***

\* \* \*

STIPULATION AND ORDER REGARDING
SEALED AMENDED COMPLAINT -- 3
No. C08-1008 MJP
M39303-1233644

PURSUANT TO STIPULATION, THE COURT ORDERS:

1) Defendants' June 22, 2009 Motion to Perpetuate Seal is withdrawn;

2) The Amended Complaint will be unsealed;

3) Unsealing the Amended Complaint is not a waiver of any party's rights with respect to unquoted material in those documents from which Lead Plaintiffs quote or otherwise reference in the Amended Complaint;

4) Plaintiffs' Opposition shall be unsealed;

5) The Declarations of Brad McKim and Javier Bleichmar, having been submitted under CR 5(g)(3), shall remain sealed.

SO ORDERED.

Dated July _13__, 2009

Marsha J. Pechman
United States District Judge

STIPULATION AND ORDER REGARDING
SEALED AMENDED COMPLAINT -- 4
No. C08-1008 MJP
M39303-1233644

# CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Thomas A. Dubbs | tdubbs@labaton.com |
| Alan I. Ellman | aellman@labaton.com |
| Javier Bleichmar | jbleichmar@labaton.com |
| Jonathan Gardner | jgardner@labaton.com |
| Peter A. Binkow | pbinkow@glancylaw.com |
| Neal A. Dublinsky | ndublinsky@glancylaw.com |
| William F. Salle | wfslaw@yahoo.com |
| Robert D. Stewart | stewart@kiplinglawgroup.com |
| Timothy M. Moran | moran@kiplinglawgroup.com |
| Richard C. Pepperman, II | peppermanr@sdullcrom.com |
| Steven J. Purcell | purcells@sullcrom.com |
| John L. Warden | wardenj@sullcrom.com |
| Elizabeth Kayla Ehrlich | ehrlich@sullcrom.com |
| Gerald L. Black, Jr. | blackg@sullcrom.com |
| Diane L. McGimsey | mcgimseyd@sullcrom.com |

Dated: July 10, 2009

GRAHAM & DUNN PC

By _s/ David C. Lundsgaard_
David C. Lundsgaard
WSBA# 25448
Email: dlundsgaard@grahamdunn.com
Attorneys for Defendants