UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLAUDE A. REESE, | CASE NO. C08-1008MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JOHN BROWNE and ROBERT MALONE,, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

The Court has received and reviewed the parties' Joint Report on Status of Interlocutory Appeal (Dkt. No. 153).

The matter will remain stayed during the pendency of the appeal. The parties are ordered to submit a further status report by no later than **May 13, 2001**, unless the Court of Appeals has ruled on their matter prior to that date.

MINUTE ORDER- 1

| | |
|---|---|
| 1 | The clerk is ordered to provide copies of this order to all counsel. |
| 2 | Filed this 10th day of November 2010. |

                                      William M. McCool
                                      Clerk of Court

                                      s/Mary Duett
                                      Deputy Clerk

MINUTE ORDER- 2