# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CLAUDE A REESE,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT A MALONE,<br><br>Defendant. | CASE NO. C08-1008 MJP<br><br>ORDER ON STIPULATED MOTION REGARDING FILING OF MOTION TO DISMISS AMENDED COMPLAINT |

The Court, having received and reviewed the Stipulation and [Proposed] Order Regaring Filing of Motion to Dismiss Amended Complaint (and Date for Response Thereto) (Dkt. No. 159), makes the following rulings:

IT IS ORDERED that the proposed briefing schedule on Defendants' motion to dismiss Lead Plaintiffs' Amended Complaint is DENIED.

IT IS FURTHER ORDERED that the parties are to submit a Joint Status Report outlining their respective positions concerning the case schedule following the issuance of the mandate reversing and remanding the matter back to this Court; the Joint Status Report shall be filed with the Court no later than **August 26, 2011.**

ORDER ON STIPULATED MOTION
REGARDING FILING OF MOTION TO DISMISS
AMENDED COMPLAINT- 1

1     The clerk is ordered to provide copies of this order to all counsel.

2     Dated this 9th day of August, 2011.

*Marsha J. Pechman*
Marsha J. Pechman
United States District Judge

ORDER ON STIPULATED MOTION
REGARDING FILING OF MOTION TO DISMISS
AMENDED COMPLAINT- 2