UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLAUDE A REESE,<br><br>              Plaintiff,<br><br>   v.<br><br>ROBERT A MALONE,<br><br>             Defendant. | CASE NO. C08-1008 MJP<br><br>ORDER ON DEFENDANTS' MOTION FOR PERMISSION FILE AN OVERLENGTH MOTION TO DISMISS |

    The Court has received and reviewed Defendants' Motion for Permission to File an Overlength Brief.

    IT IS ORDERED that the motion is DENIED.

    The clerk is ordered to provide copies of this order to all counsel.

    Dated this _20th_ day of September, 2011.

                                             Marsha J. Pechman
                                           United States District Judge