FILED

JUL 01 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CLAUDE A. REESE, Individually and On Behalf of All Others Similarly Situated and EMPLOYEES RETIREMENT SYSTEM OF THE STATE OF RHODE ISLAND,<br><br>   Plaintiffs - Appellants,<br><br> v.<br><br>ROBERT A. MALONE; et al.,<br><br>   Defendants - Appellees. | No. 16-35009<br><br>D.C. No. 2:08-cv-01008-MJP<br>Western District of Washington, Seattle<br><br>ORDER |

 Appellants' unopposed motion to further stay appellate proceedings (Docket No. 10) pending this Court's decision in *Federal Deposit Insurance Com v. Barclays Capital Inc., et al.,* No. 13-56783 (the "FDIC Appeal"), is denied as unnecessary. The "FDIC Appeal" was dismissed on June 8, 2016 (Docket No. 81) in No.13-56783.

 On or before August 1, 2016, the appellants shall file the opening brief. The answering brief is due August 31, 2016. The optional reply brief is due within 14 days after service of the answering brief.

SM/Pro Mo/6/27/2016

FOR THE COURT:
MOLLY C. DWYER
CLERK OF THE COURT

Samantha Miller
Deputy Clerk
Ninth Circuit Rule 27-7 and 27-10